
CHOI, KEI FONG,

    Petitioner

    v.

Commissioner of Internal Revenue

    Respondent

Electronically Filed
Docket No. 16083-25W
Document No. 1

# Petition

CHOI, KEI FONG

    Petitioner

v.

Commissioner of Internal Revenue

    Respondent

Electronically Filed

# PETITION

**1. Which IRS ACTION(S) do you dispute?**

Whistleblower

**2. If applicable, provide the date(s) the IRS issued the NOTICE(S) for the above and the city and state of the IRS office(s) issuing the NOTICE(S):**

N/A

**3. Provide the year(s) or period(s) for which the NOTICE(S) was/were issued:**

N/A

**4. Which case procedure and trial location are you requesting?**

Regular - New York City, New York

**5. Explain why you disagree with the IRS action(s) in this case (please add each reason separately):**

   a. I was written and adding the listing and handling by my hands to the near Congress IRS Center to asking for the American government has been stolen all of my 50 states total money court accounts winning lawsuits money and they delete my online transition payment records from the U.S.A online courts' accounts and no one to returning and fixing my past from 2016 to 2020 U.S.A Courts records. I have already been paid all my courts' filing fee more than 1 billons U.S.A dollars and I across and travelling all the 50 States of IRS Centers to write my complaint form in turning paper form to the IRS Clerks and I also gave my Hong Kong Passport and let the IRS has been uploaded my identity to prove that I am the victim to let the unknown people to send my personal lawsuits money to the unknown people courts and bank accounts. I am still waiting for the IRS judges give me a final judgments to chase back all of my online paid payments winning lawsuits money because I have not been used and waste all of my lawsuits money and I only ask each States of Courts Clerks to send my money to the Court saving program to let me get the court non-econ-fixing rates by the U.S. government in that year was only for the people who won the lawsuits money and people were the victims in cases and the U.S. A government had the one page in front of the near IRS inside doors and put the saving planning in all of the 50 States of IRS Centers and also put some saving paper forms in all the 50 States courts to let the American people to save their lawsuits money better than in the U.S.A bank accounts and the

U.S.A government gave the lawsuits saving rates were higher than the local bank saving accounts rates and we can lend our lawsuits money to the U.S.A government to pay debt and we can get the first saving rates plus the lending our lawsuits money rates in the total of each month and we can get the better rates and I can cut off the lending lawsuits money planning if I have the reason and I can use my Hong Kong Passport to confirm my identity to closed the U.S.A Court saving money account and no extra fee should cost me after I want to cash out all of my lawsuits money. My problem is no online money payments transition display in my court account and no any transition records display in my 2018, 2019, 2020 U.S.A hearings. All of my courts money are gone and I don't know who take out all of my money from 2018, 2019, 2020 until 2025.

**6. State the facts upon which you rely (please add each fact separately):**

a. I reported my problems to all U.S.A departments for my money has been stolen by the unknown people.

**You have included the following items with this petition:**

- Statement of Taxpayer Identification Number (Form 4)(see PRIVACY NOTICE below)

PRIVACY NOTICE: Form 4 (Statement of Taxpayer Identification Number) will not be part of the Court's public files. All other documents filed with the Court, including this petition and any IRS Notice that you enclose with this petition, will become part of the Court's public files. To protect your privacy, omit or redact (e.g., black out or cover) from any submitted IRS Notice, and any other document (other than Form 4) your taxpayer identification number (e.g., your Social Security number) and certain other confidential information as specified in the Tax Court's "Notice Regarding Privacy and Public Access to Case Files," available at [www.ustaxcourt.gov](www.ustaxcourt.gov).

**Petitioner's contact information:**
CHOI, KEI FONG
Flat D, 19/F, Block 3,
Sun Yuen Long Centre,
8 Long Yat Road, Yuen Long, H.K.
HONG KONG, 00000
HONG KONG
**Phone:** N/A
**Place of legal residence:** Other
**Service email:** choikeifong@gmail.com